UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALINA DRANITCA,

               Plaintiff,

-v-

ALLIED UNIVERSAL, WILLIAM TOMKINS, and PAWEL MACZUGA,

               Defendants.

CIVIL ACTION NO.: 22 Civ. 5120 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 19, 2023, the Court set a briefing schedule for Plaintiff's anticipated motion for default judgment. (ECF No. 25 (the "May 19 Order")). The Court directed Plaintiff to "serve [the May 19] Order on Defendants and file proof of service by no later than May 26, 2023 (the "Deadline"). (Id. at 2). Plaintiff failed, however, to file proof of service by the Deadline. As a one-time courtesy, the Court sua sponte extends the Deadline, and directs Plaintiff to file proof of service of the May 19 Order by **June 6, 2023**.

Dated:     New York, New York
               June 5, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1