# BALLON STOLL P.C.

COUNSELLORS AT LAW    FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
(212) 575-7900 ext. 3270
mbellovin@ballonstoll.com

January 19, 2024

**VIA ECF**

The Honorable Jennifer L Rochon
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   Dranitca v. Allied Universal et al
      Case No.: 1:22-cv-05120-JLR-SLC
      Our File No.: 21466

The requested extension of time to respond to the report and recommendation under **January 26, 2024**, is GRANTED.

**SO ORDERED.**

Dated: January 19, 2024
       New York, New York

_s/ Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

This firm continues to represent the plaintiff, Alina Dranitca, in the above-referenced action. On January 5, 2024, the Honorable Sarah L. Cave entered a Report and Recommendation (the "Report") denying the motion and vacating the certificate of default.

In the Report, the parties were provided fourteen (14) days to file objections. We respectfully request a short adjournment of that deadline to January 26, 2024 due to internal scheduling and staffing concerns and to allow for ample time to object, if necessary, to the findings.

Respectfully submitted,

_s/Marshall Bellovin_
Marshall B. Bellovin, Esq. (MB5508)
Member of the Firm
*Counsel for Plaintiff*


CC:   All Counsel of Record (via ECF)