UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALINA DRANITCA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALLIED UNIVERSAL et al.,<br><br>                    Defendants. | Case No. 1:22-cv-05120 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at today's hearing, Plaintiff's objection to the Report and Recommendation (ECF No. 43) is overruled and the Report and Recommendation is ADOPTED in full. The Clerk of Court's certificate of default (ECF No. 21) is VACATED. Plaintiff's motion for default judgment (ECF No. 26) is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26. Defendants shall respond to the Complaint by **March 14, 2024**. The Court will also issue a renewed referral to mediation forthwith.

Dated: February 29, 2024
         New York, New York

                                                                  SO ORDERED.

                                                                  *Jennifer Rochon*
                                                                  _____
                                                                  JENNIFER L. ROCHON
                                                                  United States District Judge

1